CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

VINCENT J. ADAMS (SBN: 249696)
vadams@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001
Attorneys for Defendant
Kayne LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>     Plaintiff,<br><br>  v.<br><br>KAYNE, LLC, a California Limited Liability Company; and Does 1-10,<br><br>     Defendant. | Case: 3:21-CV-01473-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

1

## **STIPULATION**

2

3

4        Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

5  between the parties hereto that this action may be dismissed with prejudice

6  as to all parties; each party to bear his/her/its own attorneys' fees and costs.

7  This stipulation is made as the matter has been resolved to the satisfaction of

8  all parties.

9

10

11  Dated: June 8, 2021            CENTER FOR DISABILITY ACCESS

12
                                By:   /s/Amanda Seabock
13                                      Amanda Seabock
14                                      Attorneys for Plaintiff

15  Dated: June 8, 2021            FISHER & PHILLIPS LLP

16
                                By:   /s/Vincent J. Adams
17                                      Vincent J. Adams
18                                      Attorneys for Defendant
                                      Kayne LLC
19

20

21

22                          GRANTED
23
                          Judge Edward M. Chen
24

25

26

27                                      2
28
_____

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Vincent J. Adams, counsel for Kayne LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 8, 2021    CENTER FOR DISABILITY ACCESS

             /s/Amanda Seabock
             Amanda Seabock
             Attorneys for Plaintiff

Joint Stipulation for Dismissal    Case: 3:21-CV-01473-EMC